IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

**FILED**
CHARLOTTE, NC

MAY 9 2016

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE MATTER OF THE SEARCH OF:

**BLACK ZTE TELEPHONE, MODEL Z812
S/N 325253475469 -TARGET DEVICE 1**

**WHITE HTC TELEPHONE,
S/N HT59JB000485 –TARGET DEVICE 2**

**BLACK LG TELEPHONE, TRACFONE
WIRELESS INC., S/N 510VTEY0746164
-TARGET DEVICE 3**

**SAMSUNG GALAXY TELEPHONE,
MODEL SGH-13372UD, S/N R38G30FK56D
-  TARGET DEVICE 4**

Case No. 3:16 mj 133

**UNDER SEAL**

## ORDER TO SEAL

UPON MOTION of the United States of America, by and through

JILL WESTMORELAND ROSE, United States Attorney for the Western District of North

Carolina, for an Order directing that the Application(s) for Search Warrants, the Search and

Seizure Warrant(s), the supporting Affidavit, this Motion to Seal, and any Order(s) issued pursuant

thereto be sealed to protect the secrecy of the ongoing investigation and ensure officer safety until

further Order of this Court,

**IT IS HEREBY ORDERED** that the Applications for Search Warrants, the Search and

Seizure Warrants, the supporting Affidavit, this Motion to Seal, and any Orders issued pursuant

thereto, **as well as all preceding documents in this case number (3:16-mj-133),** be sealed until

further Order of this Court.

This 9th day of May, 2016.

_____
HON. DAVID KEESLER
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF NORTH CAROLINA