IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>BLACK ZTE TELEPHONE, MODEL Z812 S/N 325253475469 -TARGET DEVICE 1<br><br>WHITE HTC TELEPHONE, S/N HT59JB000485 –TARGET DEVICE 2<br><br>BLACK LG TELEPHONE, TRACFONE WIRELESS INC., S/N 510VTEY0746164 -TARGET DEVICE 3<br><br>SAMSUNG GALAXY TELEPHONE, MODEL SGH-13372UD, S/N R38G30FK56D - TARGET DEVICE 4 | Case No. 3:16-mj-133<br><br>**ORDER TO UNSEAL**<br>SEARCH WARRANTS, AFFIDAVIT AND APPLICATION |

UPON MOTION of the United States of America, by and through Jill Westmoreland Rose, United States Attorney for the Western District of North Carolina, for an order directing that the Search Warrants, Affidavit, and Application in the above-captioned case be unsealed; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant investigation in this case;

NOW, THEREFORE, IT IS ORDERED that the Search Warrants, Affidavit, and Application in the above-captioned case be unsealed.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

**SO ORDERED**.

Signed: June 8, 2016

_____
David S. Cayer
United States Magistrate Judge